UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re: | § | Case No. 10-11926 |
|---|---|---|
|     COLETTA, CLARISE S., | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on January 6, 2011 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  November 30, 2010         By:  /s/ Richard M. Fogel
                                                                                                                                                         Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: COLETTA, CLARICE S. | § | Case No. 10-11926 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*              $    22,000.31

*and approved disbursements of*                   $         0.00

*leaving a balance on hand of* [1]                $    22,000.31

**Balance on hand:**                              $    22,000.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:                        $   22,000.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - RICHARD M. FOGEL | 2,950.03 | 0.00 | 2,950.03 |
| Trustee, Expenses - RICHARD M. FOGEL | 5.32 | 0.00 | 5.32 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 967.50 | 0.00 | 967.50 |

      Total to be paid for chapter 7 administration expenses:  $   3,922.85
      Remaining balance:  $   18,077.46

 In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

      Total to be paid for priority claims:  $   0.00
      Remaining balance:  $   18,077.46

 The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

 Timely claims of general (unsecured) creditors totaling $ 1,294,203.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

 Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 -2 | State Farm Bank | 500,732.57 | 0.00 | 6,994.25 |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 6,566.55 | 0.00 | 91.72 |
| 3 | Chase Bank USA, N.A. | 31,293.13 | 0.00 | 437.10 |
| 4 | JP Morgan Chase Bank, N.A. | 171,654.06 | 0.00 | 2,397.67 |
| 5 | PYOD LLC its successors and assigns as assignee of | 32,616.27 | 0.00 | 455.58 |
| 6 -2 | GEMB Lending Inc. | 405,913.74 | 0.00 | 5,669.81 |
| 7 -2 | Commerce Bank, N.A. | 124,678.09 | 0.00 | 1,741.51 |
| 8 | Fia Card Services, NA/Bank of America | 20,749.11 | 0.00 | 289.82 |

       Total to be paid for timely general unsecured claims: $  18,077.46
       Remaining balance: $  0.00

 Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

 Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

       Total to be paid for tardy general unsecured claims: $  0.00
       Remaining balance: $  0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhatch                Page 1 of 1                   Date Rcvd: Nov 30, 2010
Case: 10-11926                 Form ID: pdf006             Total Noticed: 27
```

The following entities were noticed by first class mail on Dec 02, 2010.
```
db          +Clarice Coletta,    549 N Sixth Avenue,    Des Plaines, IL 60016-1140
aty         +Charles W. Dobra,    Charles Wm. Dobra, Ltd.,    675 E. Irving Park Road,    Roselle, IL 60172-2311
tr          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
15283139    +AT & T,    P. O. Box 6428,    Carol Stream, IL 60197-6428
15283140    +AT& T Universal Card,    Customer Service,    P. O. Box 44167,    Jacksonville, FL 32231-4167
15283138    +Associated Bank,    Associated Loan Services Dept,    1305 Main Street,
              Stevens Point, WI 54481-2898
15283141     Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
15283142    +Beneficial Finance,    P. O. Box 3425,    Buffalo, NY 14240-3425
15283143     Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
15283144     Chase,    P. O. Box 15548,    Wilmington, DE 19886-5548
15283145     Chase Auto Finance,    P. O. Box 901076,    Fort Worth, TX 76101-2076
15283146    +Chase Auto Finance,    Besic Law Offices, PC,    5 E Wilson Street,    Batavia, IL 60510-2656
15995158     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15283148    +Commerce Bank, N.A.,    8000 Forsyth Boulevard,    St. Louis, MO 63105-1797
16324068    +GEMB Lending Inc,    P.O. Box 5064,    Costa Mesa, CA 92628-5064
15283149     GEMB Lending, INc.,    P. O. Box 51826,    Los Angeles, CA 90051-6126
15283150    +GEMB Lending, Inc.,    Kenneth B. Drost, PC,    111 Lions Drive, Ste 206,
              Barrington, IL 60010-3175
16062373    +JP Morgan Chase Bank, N.A.,    201 N Central Ave, 11th Floor (AZ1-1191),    Phoenix, AZ 85004-0073
15283151    +John Massarelli,    730 Wagner,    Glenview, IL 60025-4451
15283152     John Massarelli,    730 Wagner Road,    Glenview, IL 60025-4451
15283153     Macy’s,    P. O. Box 8056,    Mason, OH 45040
15283154     National City Mortgage,    P. O. Box 533510,    Atlanta, GA 30353-3510
15283155     State Farm Bank,    P. O. Box 3299,    Milwaukee, WI 53201-3299
15283156    +State Farm Bank,    Mulherin Rehfeldt & Varchetto, PC,    211 S Wheaton Avenue, Ste 200,
              Wheaton, IL 60187-5251
15283157     Target National Bank,    c/o Target Credit Services,    P. O. Box 1581,
              Minneapolis, MN 55440-1581
```
The following entities were noticed by electronic transmission on Dec 01, 2010.
```
16373249      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2010 01:39:46
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
16098758      E-mail/Text: resurgentbknotifications@resurgent.com
              PYOD LLC its successors and assigns as assignee of,    Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15283147      Comcast
aty*        +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
16324070*   +GEMB Lending Inc.,    P.O. BOx 5064,    Costa Mesa CA 92628-5064
                                                                                              TOTALS: 1, * 2, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**               **Signature:** _Joseph Speetjens_