**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COLETTA, CLARICE S.    § Case No. 10-11926
                              §
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $39,778.26            Assets Exempt: $57,178.26
*(without deducting any secured claims)*

Total Distribution to Claimants: $18,077.84    Claims Discharged
                                                Without Payment: $1,295,206.96

Total Expenses of Administration: $3,922.85

---

   3) Total gross receipts of $ 22,000.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,000.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $198,884.87 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,922.89 | 3,922.85 | 3,922.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,233,759.45 | 1,391,847.26 | 1,294,203.52 | 18,077.84 |
| **TOTAL DISBURSEMENTS** | $1,432,644.32 | $1,395,770.15 | $1,298,126.37 | $22,000.69 |

4) This case was originally filed under Chapter 7 on March 19, 2010. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2011          By: /s/RICHARD M. FOGEL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single family home located at 549 N 6t, Des Plai | 1110-000 | 11,000.00 |
| Avoidance action | 1241-000 | 11,000.00 |
| Interest Income | 1270-000 | 0.69 |
| **TOTAL GROSS RECEIPTS** | | **$22,000.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | National City Mortgage | 4110-000 | 82,500.00 | N/A | N/A | 0.00 |
| NOTFILED | John Massarelli | 4110-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | John Massarelli | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank Associated Loan Services Dept | 4110-000 | 65,634.87 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$198,884.87** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,950.07 | 2,950.03 | 2,950.03 |
| RICHARD M. FOGEL | 2200-000 | N/A | 5.32 | 5.32 | 5.32 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 967.50 | 967.50 | 967.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,922.89 | 3,922.85 | 3,922.85 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | State Farm Bank | 7100-000 | 473,306.86 | 500,732.57 | 500,732.57 | 6,994.40 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 6,171.41 | 6,566.55 | 6,566.55 | 91.72 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 29,087.20 | 31,293.13 | 31,293.13 | 437.11 |
| 4 | JP Morgan Chase Bank, N.A. | 7100-000 | 164,451.62 | 171,654.06 | 171,654.06 | 2,397.72 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 30,786.25 | 32,616.27 | 32,616.27 | 455.59 |
| 6 -2 | GEMB Lending Inc. | 7100-000 | 370,413.98 | 405,913.74 | 405,913.74 | 5,669.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6U | GEMB Lending Inc. | 7100-000 | N/A | 97,643.74 | 0.00 | 0.00 |
| 7 -2 | Commerce Bank, N.A. | 7100-000 | 120,194.06 | 124,678.09 | 124,678.09 | 1,741.54 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | 20,266.79 | 20,749.11 | 20,749.11 | 289.83 |
| NOTFILED | Macy's | 7100-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial Finance | 7100-000 | 9,061.36 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank c/o Target Credit Services | 7100-000 | 5,319.92 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,233,759.45 | 1,391,847.26 | 1,294,203.52 | 18,077.84 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-11926  
**Case Name:** COLETTA, CLARICE S.

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/19/10 (f)  
**§341(a) Meeting Date:** 05/18/10

**Period Ending:** 03/01/11

**Claims Bar Date:** 11/04/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Single family home located at 549 N 6t, Des Plai<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 156,000.00 | 2,500.00 | | 11,000.00 | FA |
| 2 | Cash on hand.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 30.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Household goods and furnishings, including audio<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Books, pictures and other art objects, antiques,<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Wearing apparel.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 350.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Furs and jewelry.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 75.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Interests in IRA, ERISA, Keogh, or other pension<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 38,573.26 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Automobiles, trucks, trailers and other vehicles<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,100.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Automobiles, trucks, trailers and other vehicles<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 750.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Automobiles, trucks, trailers and other vehicles<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | | 0.00 | 0.00 |
| 12 | Automobiles, trucks, trailers and other vehicles | Unknown | 0.00 | DA | 0.00 | 0.00 |

Printed: 03/01/2011 08:55 AM   V.12.56

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-11926  **Trustee:** (330720)  RICHARD M. FOGEL
**Case Name:** COLETTA, CLARICE S.  **Filed (f) or Converted (c):** 03/19/10 (f)
 **§341(a) Meeting Date:** 05/18/10
**Period Ending:** 03/01/11  **Claims Bar Date:** 11/04/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 14 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 15 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 16 | Animals.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 17 | Avoidance action  (u)  (See Footnote) | 0.00 | Unknown | | 11,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.69 | FA |
| 18 | **Assets   Totals** (Excluding unknown values) | **$202,628.26** | **$2,500.00** | | **$22,000.69** | **$0.00** |

RE PROP# 1  Trustee determined that second mortgage was subject to avoidance.  See #17.
RE PROP# 17  Trustee obtained authority to settle avoidance claim against second mortgagee per o/c 8-26-2010

---

**Major Activities Affecting Case Closing:**

Hearing on final report 1/6/11

**Initial Projected Date Of Final Report (TFR):**    June 30, 2011       **Current Projected Date Of Final Report (TFR):**    November 30, 2010  (Actual)

Printed: 03/01/2011 08:55 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-11926 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | COLETTA, CLARICE S. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******86-65 - Money Market Account |
| Taxpayer ID #: | **-***3822 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/01/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/03/10 | | CHARLES WM DOBRA, LTD. | Settlement and compromise with Debtor and John Massarelli per o/c 8-26-10 | | 22,000.00 | | 22,000.00 |
| | {1} | | Compromise with Debtor and John Massarelli per o/c 8-26-10    11,000.00 | 1110-000 | | | 22,000.00 |
| | {17} | | 11,000.00 | 1241-000 | | | 22,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 22,000.13 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,000.31 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,000.49 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,000.67 |
| 01/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 22,000.69 |
| 01/05/11 | | To Account #9200******8666 | Close account and transfer for final distributions | 9999-000 | | 22,000.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 22,000.69 | 22,000.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 22,000.69 | |
| | | | **Subtotal** | | 22,000.69 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,000.69** | **$0.00** | |

{} Asset reference(s)    Printed: 03/01/2011 08:55 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-11926  
**Case Name:** COLETTA, CLARICE S.  

**Taxpayer ID #:** **-***3822  
**Period Ending:** 03/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/05/11 | | From Account #9200******8665 | Close account and transfer for final distributions | 9999-000 | 22,000.69 | | 22,000.69 |
| 01/10/11 | 101 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm);   Reference: | 3410-000 | | 967.50 | 21,033.19 |
| 01/10/11 | 102 | State Farm Bank | 1.39% dividend on Claim # 1 -2, Ref: XXXXXXXXXXX X0001 | 7100-000 | | 6,994.40 | 14,038.79 |
| 01/10/11 | 103 | Chase Bank USA, N.A. | 1.39% dividend on Claim # 2, Ref: XXXX-XXXX-XXXX-4383 | 7100-000 | | 91.72 | 13,947.07 |
| 01/10/11 | 104 | Chase Bank USA, N.A. | 1.39% dividend on Claim # 3, Ref: XXXX-XXXX-XXXX-6565 | 7100-000 | | 437.11 | 13,509.96 |
| 01/10/11 | 105 | JP Morgan Chase Bank, N.A. | 1.39% dividend on Claim # 4, Ref: XXXXXXXXXX4382 | 7100-000 | | 2,397.72 | 11,112.24 |
| 01/10/11 | 106 | PYOD LLC its successors and assigns as assignee of | 1.39% dividend on Claim # 5, Ref: XXXX-XXXX-XXXX-3033 | 7100-000 | | 455.59 | 10,656.65 |
| 01/10/11 | 107 | GEMB Lending Inc. | 1.39% dividend on Claim # 6 -2, Ref: XXXXXX5063 | 7100-000 | | 5,669.93 | 4,986.72 |
| 01/10/11 | 108 | Commerce Bank, N.A. | 1.39% dividend on Claim # 7 -2, Ref: XXXXXXXXXXXXXX-XXXX-XX000 | 7100-000 | | 1,741.54 | 3,245.18 |
| 01/10/11 | 109 | Fia Card Services, NA/Bank of America | 1.39% dividend on Claim # 8, Ref: XXXX-XXXX-XXXX-7677 | 7100-000 | | 289.83 | 2,955.35 |
| 01/10/11 | 110 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,955.35 | 0.00 |
| | | | Dividend paid 100.00%   2,950.03 on $2,950.03;  Claim# A; Filed: $2,950.07 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   5.32 on $5.32;  Claim# B; Filed: $5.32 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,000.69 | 22,000.69 | $0.00 |
| | | | Less: Bank Transfers | | 22,000.69 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 22,000.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$22,000.69** | |

{} Asset reference(s)

Printed: 03/01/2011 08:55 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-11926 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | COLETTA, CLARICE S. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******86-66 - Checking Account |
| **Taxpayer ID #:** | **-***3822 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 03/01/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******86-65** | **22,000.69** | **0.00** | **0.00** |
| **Checking # 9200-******86-66** | **0.00** | **22,000.69** | **0.00** |
| | **$22,000.69** | **$22,000.69** | **$0.00** |

{} Asset reference(s)

Printed: 03/01/2011 08:55 AM    V.12.56